IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUSSELL LANG,

        Petitioner,

  v.

K. MENDOZA-POWERS, et al,

        Respondents.
                                       /

No. C 07-00608 CW (HC)

**JUDGMENT**

For the reasons set forth in this Court's Order Denying Petition for Writ of Habeas Corpus,

IT IS ORDERED AND ADJUDGED

That Petitioner Russell Lang's Petition for Writ of Habeas Corpus is denied and that each party bear its own costs of action.

Dated at Oakland, California, this 28th day of January, 2009.

                                                RICHARD W. WIEKING
                                               Clerk of Court

By: _____
     SHEILAH CAHILL
     Deputy Clerk